UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Connie Boykin
_____
_____
_____
            Plaintiff,

[Insert full name of plaintiff/prisoner]

            -against-

Det. Robert Vasta Ind/
Official Capacity; ADA
Elizabeth L. Schulz Ind/
Official Capacity; Bruce
D. Townsend Esq Ind/
Official Capacity
            Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

CV 17 - 4531

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND
YES X     NO ___

CHEN, J.
POLLAK, M.J.

FILED IN CLERK'S OFFICE US DISTRICT COURT E.D.N.Y. JUL 27 2017 BROOKLYN OFFICE

I.  **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A.  **Name of plaintiff** Connie Boykins

If you are incarcerated, provide the name of the facility and address:

Orleans Correctional Facility
3531 Gaines Basin Rd
Albion, New York

Prisoner ID Number: _____

1

If you are not incarcerated, provide your current address:

_____

_____

Telephone Number: (716) 524-2355

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Det. Robert Vasta
**Full Name**

Detective
**Job Title**

Broadway ave
Newburgh N.Y.
**Address**

Defendant No. 2

Elizabeth L. Schulz
~~Andrew R. Kass~~
**Full Name**

District Attorney
**Job Title**

18 Seward Ave
Middletown N.Y. 10940
**Address**

Defendant No. 3

Bruce D. Townsend ESQ
**Full Name**

~~26 Albany Ave~~ Attorney
**Job Title**

26 Albany Ave,

2

Walden, N.Y. 12586
**Address**

**Defendant No. 4**

_____
**Full Name**

_____
**Job Title**

_____
_____
**Address**

**Defendant No. 5**

_____
**Full Name**

_____
**Job Title**

_____
_____
**Address**

**II.   Statement of Claim:**

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? The Det. Robert Vasta came to the scene to harass the claimant for his girlfriend, he has harassed the claimant for years

When did the events happen? (include approximate time and date) August 3, 2015 on Lander Street the claimant was trying to assist his drug addicted girlfriend

3

**Facts: (what happened?)** On August 3, 2015 the Claimant was at 47 Lander Street with his girlfriend Yasmen Brooks, who suffers from drug addictions. The Claimant call the Police to report the behavior of his girlfriend who posses a knife, and threated the Claimant. When the Police Arrived, they Arrested the Claimant for Possesing a knife that the record will support that he called, and seek the Assistances of the Police. The Claimant was falsely Arrested by Det. Vasta who likes the Claimants girlfriend. That Detective falsely Arrested the Claimant several times in the past because he likes the Claimants girlfriend. The Claimant was falsely Arrested in violation of the 4th, 5th, 6th, and 14th Amendment of the Due Process Clause. Article 1 Section 6 of the New York Constitution. There was no True Bill filed, and all the defendant Conspired to convict him. The Claimant has been illegally detained for Years. defense Attorney Allow them to violate My rights

**II.A.  Injuries.** If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

The Claimant is 67 years old, and was on certain medication that the prison would not let him take. They force him to take there Medicine which cause him be sick. The Claimant now suffers high blood pressure, diabetic, Kidney Problems, and the gout.

**III. Relief:** State what relief you are seeking if you prevail on your complaint.

To be Compensated for Constitutional violations of the 4th, 5th, 6th, and 14th Amendment of the United States. The claimant was illegally detained and denied the Action of the Grand Jury, and a lawyer. The claimant seek One Million dollars in Monetary damages

I declare under penalty of perjury that on July 20, 2017 (date), I delivered this complaint to prison authorities at Orleans Corr. Fac. (name of prison) to be mailed to the United States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 20, 2017

X Cannie Baykin
Signature of Plaintiff

Orlean Correctional Facility
Name of Prison Facility or Address if not incarcerated

3531 Gaines Basin Rd
Albion, New York 14411

Address

15A3982
Prisoner ID#

rev. 12/1/2015